# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

14 JAN 16  AM 10: 21

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESILIA GARCIA (2),<br><br>Defendant. | CASE NO. 13CR3964-DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    21 USC 952 and 960, and 18 USC 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   January 16, 2014

_____

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE